# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOHNNY CHEN,<br><br>                Defendant. | Case No.: 2:23-mj-00420-VCF<br><br>**ORDER**<br>(Docket No. 15) |

On May 11, 2023, a complaint was issued charging Defendant Johnny Chen with Bank Fraud, in violation of Title 18, United States Code, Section 1344(2). Docket No. 1. On May 31, 2023, Defendant appeared before this Court for his initial appearance and detention hearing. Docket No. 7. The Court ordered Defendant released, pending trial, on a personal recognizance bond with certain conditions. *Id*. One of the conditions of release requires Defendant to reside in California and orders that he may travel to Nevada for Court purposes only. Docket No. 12 at 3. The parties now ask the Court to modify that condition to allow Defendant, who is a poker player, to travel to Nevada for work purposes, in addition to Court purposes. Docket No. 15.

Accordingly, the Court **GRANTS** the parties' stipulation. Docket No. 15. The Court **AMENDS** Defendant's release conditions to allow him to travel to Nevada for work purposes, provided that he has received permission to travel from his United States Pretrial Services Officer no fewer than three business days prior to the first day of travel for each trip.

IT IS SO ORDERED.

DATED: July 5, 2023.

                                                  NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE