**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHNNY CHEN,<br>      a.k.a "Xue Jie Chen,"<br><br>      Defendant. | Case No. 2:23-mj-420-VCF<br><br>**Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 12, 2023 be vacated and continued to December 11, 2023 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Cam Ferenbach.

DATED this 6th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE