RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
aden_kebede@fd.org

Attorney for Johnny Chen

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY CHEN,<br><br>　　　　Defendant. | Case No. 2:23-mj-00420-MDC<br><br>**STIPULATION TO EXTEND TIME TO SATISFY OUTSTANDING WARRANT** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Johnny Chen, that this Court amend the conditions of Pretrial Release by extending period to resolve an outstanding warrant.

　　This Stipulation is entered into for the following reasons:

　　1. On October 12, 2023, this Court modified Mr. Chen's condition of release to add a condition that he shall satisfy all outstanding warrants within 90 days and provide verification to Pretrial Services or the supervising officer. The Court further ordered that Mr. Chen may travel to New Jersey for the purpose of court only.

2. Since that time, Mr. Chen, with the help of the parties, attempted to resolve his warrant remotely, but was unable to do so. Currently, Mr. Chen is working with an attorney in New Jersey to resolve the warrant.

3. An additional 90 days is needed for Mr. Chen to resolve the outstanding warrant.

4. Pretrial Services does not oppose the extension of time.

5. The parties agree to the extension.

DATED this 4th day of January 2024

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Kimberly Frayn*<br>Kimberly Frayn<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00420-MDC |
|---|---|
| Plaintiff, | |
| v. | |
| JOHNNY CHEN, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED, that this Court modifies Mr. Chen's Pretrial Release conditions to extend the 90 day period within which he shall satisfy all outstanding warrants and provide verification to Pretrial Services or the supervising officer by an additional 90 days to on or before __April 9__, 2024.

DATED this __11th__ day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE