# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY CHEN,<br><br>    Defendant. | Case No. 2:23-mj-00420-MDC<br><br>ORDER<br><br>(Docket No. 31) |

  Pending before the Court is Defendant's motion to modify conditions of pretrial release. Docket No. 31. The Court hereby **SETS** a hearing on that motion for 9:00 a.m. on May 8, 2024, in Courtroom 3C.

  IT IS SO ORDERED.

  DATED: May 7, 2024

                  _____
                  NANCY J. KOPPE
                  UNITED STATES MAGISTRATE JUDGE