```
1   JASON M. FRIERSON
    United States Attorney
2   Nevada Bar No. 7709
    KIMBERLY M. FRAYN
3   Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
4   Las Vegas, Nevada 89101
    Tel: 702.388.6336/ Fax: 702.388.6418
5   Kimberly.Frayn@usdoj.gov
    Attorneys for the United States
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00420-MDC |
| Plaintiff, | **Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | (Fifth Request) |
| JOHNNY CHEN, <br> a.k.a "Xue Jie Chen," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Esq., Assistant Federal Public Defenders, counsel for Defendant Johnny Chen, also known as Xue Jie Chen, that the Court vacate the Preliminary Hearing schedule for September 19, 2024, and continue it for 180 days. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. Defendant and defense counsel need additional time to receive and review discovery, conduct any necessary follow up investigation, and engage in pretrial motion practice, if warranted, before the Preliminary Hearing. Also, the parties are continuing to communicate to see if this matter can be resolved pre-indictment by plea negotiation. On or about August 1, 2024, defense counsel and the defendant met with government counsel and HSI case agents for the third time to review evidence against the defendant and his coconspirators in furtherance of plea negotiations. If an agreement can be negotiated, the preliminary hearing could be vacated to conserve judicial resources once a change of plea hearing is held.

2. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

3. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

4. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

5. Defendant needs additional time to investigate potential defenses to make an informed decision as to how to proceed.

 6. Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 180 days from the current hearing date, September 19, 2024.

 7. Defendant is not in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

 8. The parties agree to the extension of that deadline.

 9. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

 10. In addition, the parties stipulate and agree that the time between today and the preliminary hearing is excludable in computing the time within which the defendant must be indicted, and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

/ / /

/ / /

/ / /

/ / /

/ / /

11. This is the fifth request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

DATED this 19th day of August, 2024.

                           Respectfully Submitted,

                           JASON M. FRIERSON
                           United States Attorney

                           */s/ Kimberly M. Frayn*
                           KIMBERLY M. FRAYN
                           Assistant United States Attorney

                           RENE L. VALLADARES
                           Federal Public Defender

                           */s/ Brian Pugh*
                           BRIAN PUGH
                           Assistant Federal Public Defender
                           Counsel for Defendant CHEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHNNY CHEN,<br>  a.k.a "Xue Jie Chen,"<br><br>  Defendant. | Case No. 2:23-mj-00420-MDC<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 19, 2024, be vacated and continued to _____, 2024, at the hour of _____.

DATED this ___ day of _____, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE