RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Johnny Chen

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:23-mj-420-MDC |
| Plaintiff, | **FIFTH STIPULATION TO MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| JOHNNY CHEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, through Kimberly M Frayn, Assistant United States Attorney, and Brian Pugh, Assistant Federal Public Defender, counsel for Johnny Chen, that Mr. Chen's pretrial release travel condition be modified to allow Mr. Chen to make one trip to Miami, Florida as outlined below:

This stipulation is entered into for the following reasons:

1. Mr. Chen requests to travel to Florida from March 26, 2025, to April 2, 2025.

2. Before travelling, Mr. Chen will provide to Pretrial Services his itinerary and address where he will be staying in Florida.

3. Mr. Chen's Pretrial Services Officer reports that he has no objection to Mr. Chen's travel to Florida.

4. The parties agree to this modification.

5. The Bail Reform Act ("The Act") requires the release of a person facing trial under the least restrictive condition or combination of conditions that will reasonably assure the appearance of the person as required and the safety of the community. *United States v. Salerno*, 481 U.S. 739, 755 (1987). In deciding whether to impose certain conditions for pretrial release, the Court is obligated to consider the two dual goals of 18 U.S.C. § 3142. The two express goals of 18. U.S.C. § 3142 are (1) to reasonably assure a defendant's presence in court and (2) to protect the public. *Id*. To determine whether there are conditions that would reasonably protect the safety of the community, the court should consider whether the defendant will likely make a good faith effort at complying with the conditions and whether the conditions are easily circumvented or manipulated. *United States. v. Hir*, 517 F.3d 1081, 1092 (9th Cir. 2008). To make this determination, there must be an "individualized, fact-specific inquiry." *Id*., at 1094.

6. In addition to the facts and circumstances that led to Mr. Chen's release on conditions 21 months ago, Mr. Chen is in compliance with his conditions of release. *See* ECF No. 7, "Minutes of Proceedings - Initial Appearance as to Johnny Chen held on 5/31/2023 before Magistrate Judge Nancy J. Koppe."

7. Mr. Chen has been permitted to travel four times (*See* ECF Nos. 15, 19, 42, 44) and each time has followed his itinerary and returned as promised. He has demonstrated to his

2

1  Pretrial Services Officer and the Court that he is not a risk of flight and that he can be trusted to
2  travel to Florida and appear for all future court appearances.
3      8.    Wherefore, the parties hereby stipulate and request that Mr. Chen be permitted to
4  travel to Florida during the dates stated above, but only after providing to his Pretrial Services
5  Officer his itinerary and address where he will be staying in Florida.
6      Respectfully submitted this 18th day of March 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

_____
NANCY J. KOPPE
United States Magistrate Judge

DATED: March 18, 2025

3